

# Fourth Court of Appeals
## San Antonio, Texas

July 9, 2014

No. 04-14-00475-CV

**IN THE INTEREST OF D.M.B.,** Jr., Child,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00828
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. Because the trial court's order was signed on June 4, 2014, appellant's notice of appeal was due to be filed on June 24, 2014. The notice of appeal was filed on June 25, 2014. Although appellant filed a notice of appeal within the fifteen-day grace period allowed by Rule 26.3 of the Texas Rules of Appellate Procedure, she did not file a motion for extension of time.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See id.*; TEX. R. APP. P. 26.3, 10.5(b)(1)(C).

It is therefore ORDERED that appellant file, within fifteen days from the date of this order, a response presenting a reasonable explanation for failing to file the notice of appeal in a timely manner. If appellant fails to respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c). It is FURTHER ORDERED that the appellate deadlines are **NOT** suspended by this order, and the court reporter has been verbally notified that the reporter's record is late.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court